UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| DEBRA CALAMITO | : |
| Plaintiff, | : |
| | : CIVIL ACTION |
| v. | : |
| SEDGWICK CLAIMS MANAGEMENT, INC. | : NO: 19-cv-20523 |
| and | : |
| AT&T UMBRELLA BENEFIT PLAN NO. 3 | : |
| Defendant. | : |

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED by and between the parties, through their undersigned counsel, subject to the approval of the Court, that this matter be and hereby is voluntarily dismissed with prejudice in accordance with FRCP 41(a).  Each party agrees to bear their own legal expenses, including attorneys' fees and costs, incurred in connection with this action.

/s/ Marc H. Snyder
Marc H. Snyder, Esquire
Rosen Moss Snyder, LLP
1300 Virginia Drive
Suite 310
Fort Washington, PA  19034
Phone: 215-935-0315
Email: msnyder@rms.law

/s/ Kristine V. Ryan
Kristine V. Ryan, Esquire
Nukk-Freeman & Cerra, PC
26 Main Street
Chatham, NJ  07928
Phone:  973-665-9100
email:  kryan@nfclegal.com

Date:  May 8, 2020