UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| DEBRA CALAMITO | : |
| Plaintiff, | : |
| | : CIVIL ACTION |
| v. | : |
| SEDGWICK CLAIMS MANAGEMENT, INC. | : NO: 19-cv-20523 |
| and | : |
| AT&T UMBRELLA BENEFIT PLAN NO. 3 | : |
| Defendant. | : |

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED by and between the parties, through their undersigned counsel, subject to the approval of the Court, that this matter be and hereby is voluntarily dismissed with prejudice in accordance with FRCP 41(a). Each party agrees to bear their own legal expenses, including attorneys' fees and costs, incurred in connection with this action.

| | |
|---|---|
| /s/ Marc H. Snyder | /s/ Kristine V. Ryan |
| Marc H. Snyder, Esquire | Kristine V. Ryan, Esquire |
| Rosen Moss Snyder, LLP | Nukk-Freeman & Cerra, PC |
| 1300 Virginia Drive | 26 Main Street |
| Suite 310 | Chatham, NJ 07928 |
| Fort Washington, PA 19034 | Phone: 973-665-9100 |
| Phone: 215-935-0315 | email: kryan@nfclegal.com |
| Email: msnyder@rms.law | |

Date: May 8, 2020

SO ORDERED

s/Kevin McNulty
Hon. Kevin McNulty
U.S. District Judge
Date: 05/11/2020

−1−